UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

DANIEL FACCIO; CHASTITY FACCIO; D.F.;
and A.F.,
                               Plaintiffs,
        - vs -                                      1:10-CV-716

NATIONAL GRID ELECTRIC AND GAS COMPANY,

                               Defendants.

-------------------------------------

APPEARANCES:                                  OF COUNSEL:

DANIEL FACCIO, CHASTITY FACCIO
D.F. and A.F.
Plaintiffs, Pro Se
PO Box 55
Hudson Falls, New York 12839

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiffs, Daniel Faccio, Chastity Faccio, D.F. and A.F., brought this civil rights action in June 2010, pursuant to 42 U.S.C. § 1983.  By Report-Recommendation dated June 14, 2010, the Honorable Randolph F. Treece, United States Magistrate Judge, recommended that the entire complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.  The plaintiffs have filed timely objections to the Report-Recommendation.

      Based upon a de novo review of the entire file, including the portions of the Report-Recommendation to which plaintiff has objected, and the recommendations of Magistrate Judge Treece, the Report-Recommendation is accepted and adopted in all respects.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. The complaint is DISMISSED;

2. The Clerk is directed to file judgment accordingly and close the file.

IT IS SO ORDERED.

Dated: July 22, 2010
Utica, New York.

United States District Judge